1  ARNOLD & PORTER LLP
   James F. Speyer (SBN 133114)
2  Email: James.Speyer@aporter.com
   Angel A. Garganta (SBN 163957)
3  E-Mail: Angel.Garganta@aporter.com
   Jonathan L. Koenig (SBN 281737)
4  E-Mail: Jonathan.Koenig@aporter.com
   Three Embarcadero Center, 7thFloor
5  San Francisco, California 94111-4024
   Telephone:   415.471-3100
6  Facsimile:    415.471-3400

7  Attorneys for Defendant
   7-ELEVEN, INC.

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | SCOTT BISHOP, individually and on behalf of all others similarly situated, | Case No.: 5:12-cv-02621 EJD |
|---|---|
12 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE** |
13 | Plaintiff, | |
14 | v. | |
15 | 7-ELEVEN, INC., | |
16 | Defendant. | |

The parties to this action, through their respective attorneys of record herein, enter into this Stipulation subject to the Court's approval, with reference to the following circumstances:

1. Plaintiff Scott Bishop ("Plaintiff") filed his Amended Complaint on September 17, 2012. Defendant 7-Eleven, Inc. ("Defendant") presently has until October 1, 2012 to respond or otherwise plead to the Amended Complaint.

2. Defendant intends to move to dismiss the Amended Complaint.

3. The parties seek an extended briefing schedule for Defendant's motion to dismiss the Amended Complaint.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rule 6-2, that:

1. Defendant's motion to dismiss will be filed on or before October 29, 2012.

2. Plaintiff's opposition will be filed on or before November 30, 2012.

3. Defendant's reply will be filed on or before December 14, 2012.

4. A hearing on the motion will be noticed for 9:00 a.m. on January 18, 2013.

**IT IS SO STIPULATED.**

Dated: September 20, 2012.            ARNOLD & PORTER LLP


                                      By: /s/ Angel A. Garganta
                                          Angel A. Garganta
                                          Attorneys for Defendant
                                          7-ELEVEN, INC.


Dated: September 20, 2012.            PRATT & ASSOCIATES


                                      By: /s/ Ben F. Pierce Gore
                                          Ben F. Pierce Gore
                                          Attorneys for Plaintiff
                                          SCOTT BISHOP

Pursuant to General Order No. 45, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from the above signatories.

- 1 -

STIPULATION AND [PROPOSED] ORDER                         Case No. 5:12-cv-02621 EJD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Motion to Dismiss (Docket Item No. 11) is terminated as MOOT.

Dated: 9/24/2012

_____
Hon. Edward J. Davila