UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BISHOP, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>    Defendant. | Case No. 5:12-CV-02621-EJD<br><br>**JUDGMENT** |

Defendant's Motion to Dismiss having been granted (see Docket Item No. 60), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant.

The clerk shall close this file.

**IT IS SO ORDERED**

Dated: April 21, 2014

                                            EDWARD J. DAVILA
                                            United States District Judge

1

Case No. 5:12-CV-02621-EJD
JUDGMENT